UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MICHAEL LUCAS,

          Plaintiff,

    v.

TINA NIETO, et al.,

          Defendants.

Case No. 23-cv-04142-JD

**ORDER RE DISMISSAL**

United States District Court
Northern District of California

      Plaintiff, a former detainee filed a civil rights action.  Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable because plaintiff is no longer in custody.  Plaintiff has not provided a current mailing address.

      More than sixty days have passed since the mail was returned.  This case is dismissed without prejudice.  *See* Local R. 3-11(b).

      **IT IS SO ORDERED.**

Dated: March 13, 2024

JAMES DONATO
United States District Judge